This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**PAUL MONTNER,**

　　Petitioner-Appellant,

**v.**　　　　　　　　　　　　　　　　　**NO. 29,864**

**LORI LYNN SLACK-MONTNER,**

　　Respondent-Appellee.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Elizabeth E. Whitefield, District Judge**

Michael Danoff & Associates, P.C.
Michael L. Danoff
Albuquerque, NM

for Appellant

Border Law Office P.A.
Dean Border
Albuquerque, NM

for Appellee

**MEMORANDUM OPINION**

**BUSTAMANTE, Judge.**

Petitioner (Father) appeals from the district court's orders requiring him to pay $636 per month in child support and awarding Respondent (Mother) $1,000 of attorney fees. We proposed to affirm in a notice of proposed summary disposition, and Father has notified this Court that he will not file a memorandum in opposition to our proposed summary disposition. Accordingly, for the reasons set forth in our notice of proposed summary disposition, we affirm the district court's orders.

**IT IS SO ORDERED.**


_____
**MICHAEL D. BUSTAMANTE, Judge**

**WE CONCUR:**


_____
**CELIA FOY CASTILLO, Judge**


_____
**ROBERT E. ROBLES, Judge**